**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SemiLED Innovations LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-16737 |
| | ) |
| Menard, Inc., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff SemiLED Innovations LLC ("SemiLED" or "Plaintiff"), by and through the undersigned counsel, hereby asserts the following claims for patent infringement against Defendant Menard, Inc. ("Menard" or "Defendant"), and alleges as follows:

## SUMMARY

1.      Plaintiff is the owner by assignment of all right, title, and interest in United States Patent Nos. 8,963,196; 9,530,942; 8,309,971 and 7,128,454 (collectively, the "Patents-in-Suit").

2.      Defendant infringes the Patents-in-Suit at least by selling, without authorization, Plaintiff's proprietary technologies in a number of its commercial products including, *inter alia*, Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Low Voltage Integrated LED Flood Landscape Light, Patriot Lighting Aura Black Post Light, Patriot Lighting LED Dusk-to-Dawn Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light, Smart Electrician 3500 Lumen LED Portable Work Light, Patriot Lighting Dowan Matte Black LED Vanity Light, Patriot Lighting Recessed Light, and Patriot Lighting LED Tri Head Motion Sensor Outdoor Security Flood Light, among other substantially similar products (collectively, the "Accused Products").

These Accused Products are marketed, offered, and distributed throughout the United States, including in this District.

3.      By this action, Plaintiff seeks to obtain compensation for the harm Plaintiff has suffered, and will continue to suffer, as a result of Defendant's infringement of the Patents-in-Suit.

## NATURE OF THE ACTION

4.      This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

5.      Defendant has infringed, and continues to infringe, one or more claims of Plaintiff's Patents-in-Suit at least by making, using, selling, and/or offering to sell the Accused Products in the United States, including in this District, and/or by importing the Accused Products into the United States.

6.      Plaintiff is the legal owner by assignment of the Patents-in-Suit, which were duly and legally issued by the United States Patent and Trademark Office ("USPTO"). Plaintiff seeks monetary damages for Defendant's infringement of the Patents-in-Suit.

## THE PARTIES

7.      Plaintiff SemiLED Innovations LLC is a Texas limited liability company with its principal place of business at 4760 Preston Rd, STE 244-242, Frisco, TX 75034. Plaintiff is the owner of the intellectual property rights at issue in this action.

8.      Upon information and belief, Defendant Menard Inc. is a corporation organized and existing under the laws of Wisconsin, with a place of business at, 2601 N. Clybourn Avenue, Chicago, Illinois 60614.

9. On information and belief, Defendant makes its products available for sale in Illinois and in this judicial district through its numerous "Menards" retail stores.

10. On information and belief, Defendant is a developer of decorative residential and commercial lighting products, ceiling fans, and LED lighting systems across both consumer and professional distribution channels. Its products can be purchased at "Menard" retail stores and/or at its e-retailer as shown at https://www.menards.com/main/home.html.

## JURISDICTION AND VENUE

11. As this is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., this Court has subject matter jurisdiction over the matters asserted herein under 28 U.S.C. §§ 1331 and 1338(a).

12. This Court has general and specific personal jurisdiction over Defendant. Defendant conducts substantial business in the forum, directly and/or through intermediaries, including: (i) as least a portion of the infringing activity alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to persons in this District, and (iii) having a regular and established place of business in this state and in this judicial district.

13. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(b), as Defendant has committed substantial acts of infringement in this District and, through control of its authorized resellers, has regular and established places of business in this District.

**PATENTS-IN-SUIT**

**U.S. Patent No. 8,963,196**

14.　U.S. Patent No. 8,963,196 (the "'196 Patent") is titled "Slim LED package" and was issued on Feb 24, 2015. A true and correct copy of the '196 Patent is attached as Exhibit A.

15.　The '196 Patent was filed on Jan 22, 2014 as U.S. Patent Application No. 14/161,377.

16.　Plaintiff is the owner of all rights, title, and interest in and to the '196 Patent, with the full and exclusive right to bring suit to enforce the '196 Patent, including the right to recover for past infringement.

17.　The '196 Patent is valid and enforceable under United States Patent Laws.

18.　The '196 Patent recognized problems with existing light emitting diode (LED) packages at the time of the invention of the '196 Patent.

19.　For instance, the inventors of the '196 Patent recognized that prior art light emitting diode packages had issues where the housing supporting the lead frame would have excessive thickness. The added thickness made it difficult to fabricate a thin lead frame type LED package. Additionally, "the encapsulation material of the LED package which covers the LED chip, undergoes a yellowing phenomenon by energy generated from the LED chip emitting light. Such a yellowing phenomenon is a main cause of decreased luminescence performance and lifetime of the LED package." '196 Patent at 1:53-57. Prior attempts to address these issues involved the use of a heat sink structure, such as a heat dissipation slug inserted into the housing, which complicated the manufacturing process. *See id.* at 1:58-64.

20.　The inventors of the '196 Patent recognized that a "lead frame on which the LED chip is mounted and the lead frame with which a bonding wire is connected have a significantly

increased area exposed to the bottom, so that the LED package has greatly improved thermal dissipation efficiency." *See id.* at 3:1-5. Additionally, the inventors of the '196 Patent describe the following method to increase LED package slimness: "the LED package is configured to mount an LED chip on a chip mounting recess, which is formed on a predetermined region of a lead frame by reducing the thickness of the predetermined region, such that the thickness of the LED chip partially overlaps the thickness of the lead frame." *See id.* at 2:62-66.

21.     In view of the foregoing, among other advantages over the prior art, the inventions claimed by the '196 Patent provide the benefits of "thermal dissipation efficiency" and a reduction of thickness over the prior art by way of the LED chip mounting recess and lead frame area. *See id.* at 2:61-68 and 3:1-5.

**U.S. Patent No. 9,530,942**

22.     U.S. Patent No. 9,530,942 (the "'942 Patent") is titled "Slim LED Package" and was issued on December 27, 2016. A true and correct copy of the '942 Patent is attached as Exhibit B.

23.     The '942 Patent was filed on August 3, 2015 as U.S. Patent Application No. 14/816,532.

24.     Plaintiff is the owner of all rights, title, and interest in and to the '942 Patent, with the full and exclusive right to bring suit to enforce the '942 Patent, including the right to recover for past infringement.

25.     The '942 Patent is valid and enforceable under United States Patent Laws.

26.     The '942 Patent recognized problems with existing light emitting diode (LED) packages at the time of the invention of the '942 Patent.

27.     For instance, the inventors of the '942 Patent recognized that prior art light emitting diode packages had issues where the housing supporting the lead frame would have excessive thickness. The added thickness made it difficult to fabricate a thin lead frame type LED package. Additionally, "the encapsulation material of the LED package which covers the LED chip, undergoes a yellowing phenomenon by energy generated from the LED chip emitting light. Such a yellowing phenomenon is a main cause of decreased luminescence performance and lifetime of the LED package." '942 Patent at 1:57-62. Prior attempts to address these issues involved the use of a heat sink structure, such as a heat dissipation slug inserted into the housing, which complicated the manufacturing process. *See id.* at 1:64-67 and 2:1.

28.     The inventors of the '942 Patent recognized that a "lead frame on which the LED chip is mounted and the lead frame with which a bonding wire is connected have a significantly increased area exposed to the bottom, so that the LED package has greatly improved thermal dissipation efficiency." *See id.* at 3:6-11. Additionally, the inventors of the '942 Patent describe the following method to increase LED package slimness, "the LED package is configured to mount an LED chip on a chip mounting recess, which is formed on a predetermined region of a lead frame by reducing the thickness of the predetermined region, such that the thickness of the LED chip partially overlaps the thickness of the lead frame." *See id.* at 2:67 and 3:1-4.

29.     In view of the foregoing, among other advantages over the prior art, the inventions claimed by the '942 Patent provide the benefits of "thermal dissipation efficiency" and a reduction of thickness over the prior art by way of the LED chip mounting recess and lead frame area. *See id.* at 2:67, 3:1-4 and 3:6-11.

6

**U.S. Patent No. 8,309,971**

30.     U.S. Patent No. 8,309,971 (the "'971 Patent") is titled "Light emitting diode having electrode pads" and was issued on Nov 13, 2012. A true and correct copy of the '971 Patent is attached as Exhibit C.

31.     The '971 Patent was filed on December 21, 2010 as U.S. Patent Application No. 12/974,917.

32.     Plaintiff is the owner of all rights, title, and interest in and to the '971 Patent, with the full and exclusive right to bring suit to enforce the '971 Patent, including the right to recover for past infringement.

33.     The '971 Patent is valid and enforceable under United States Patent Laws.

34.     The inventors of the '971 Patent recognized problems with the distribution of current in the P-type semiconductor layer. According to the inventors of the '971 Patent, "To solve such problems, a transparent electrode layer having a low resistivity may be formed on the P-type semiconductor layer so as to enhance current spreading." *See id*. at 1:53-56. This solution increased the light emitting area of the LED.

35.     One problem present in the prior art was that "since the transparent electrode layer tends to absorb light, the thickness of the transparent electrode layer may be limited, thereby providing limited current spreading. In particular, in a large LED having an area of about 1 mm² or more for high output, there may be a limit in achieving efficient current spreading through the transparent electrode layer." The '971 Patent at 1:61-67.

36.     The inventions claimed by the '971 Patent addressed these limitations by, e.g., spacing an electrode apart from a semiconductor layer and providing LEDs with various structures of electrode pads and extensions capable of enhancing current spreading. *See id*. at 2:26-28 and

2:32-35. As a result, the '971 Patent offered advantages of, *inter alia*, enhancing current spreading, as well as increasing the luminous efficacy.

## U.S. Patent No. 7,128,454

37.     U.S. Patent No. 7,128,454 (the "'454 Patent") is titled "Light emitting diode module for automobile headlights and automobile headlight having the same" and was issued on October 31, 2006. A true and correct copy of the '454 Patent is attached as Exhibit D.

38.     The '454 Patent was filed on August 25, 2004 as U.S. Patent Application No. 10/924,866.

39.     Plaintiff is the owner of all rights, title, and interest in and to the '454 Patent, with the full and exclusive right to bring suit to enforce the '454 Patent, including the right to recover for past infringement.

40.     The '454 Patent is valid and enforceable under United States Patent Laws.

41.     The '454 Patent recognized problems with existing light emitting diode modules at the time of the invention of the '454 Patent.

42.     For instance, the '454 Patent describes a light emitting module, absent in the prior art, which comprises a water proof structure together with a heat radiating structure. *See, e.g.*, '454 Patent at 1:59-61. The '454 Patent recognized that LED modules generate more heat than a halogen lamp and require protection from external moisture. *See id.* at 1:43-47. At the time of the '454 Patent, white LED lighting modules were a relatively recent innovation, with the majority of modules being halogen lamps, which had much different thermal and protective requirements. *Id.* at 1:27:47.

43.     The inventors of the '454 Patent recognized a number of advantages of the claimed inventions over the prior art, including preventing the "permeation of external moisture while efficiently radiating heat to the outside." *See*, *id*. at 1:55-57.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 8,963,196

44.     Plaintiff incorporates by reference and re-alleges paragraphs 1-43 of the Complaint as if fully set forth herein.

45.     Defendant has infringed and is infringing, either literally or under the doctrine of equivalents, the '196 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license products, including but not limited to the Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light, among other substantially similar products (collectively, the "'196 Accused Products").

46.     By way of non-limiting example(s), set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 and claim 2 of the '196 Patent by the '196 Accused Products. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '196 Accused Products that it obtains during discovery.

47.     ***1(a): A light emitting diode (LED) package, comprising***:— The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light, as seen in Figure 1A - 1 to Figure 1A - 8, each comprise a "light emitting diode (LED) package," as recited in claim 1:



*Figure 1A - 1 - LED Product - Patriot Lighting Cabinet Light*

*Figure 1A - 2 - LED Product - Patriot Lighting Cabinet Light*



*Figure 1A - 3 - LED Product – Patriot Lighting Area Light*

*Figure 1A - 4 - LED Product – Patriot Lighting Area Light*



*Figure 1A - 5 - LED Product – Patriot Lighting Track Light*



*Figure 1A - 6 - LED Product – Patriot Lighting Track Light*



*Figure 1A - 7 - LED Product – Patriot Lighting Wall Pack Light*



*Figure 1A - 8 - LED Product – Patriot Lighting Wall Pack Light*

48.     ***1(b): a first lead frame and a second lead frame separated from each other;***—

The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED

Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise a "first lead frame and second lead frame separated from each other," as seen in Figure 1B - 1 to Figure 1B - 4 where the first and second lead frames are annotated in yellow:



*Figure 1B - 1 Patriot Lighting Cabinet Light*



*Figure 1B - 2 Patriot Lighting Area Light*



*Figure 1B - 3 Patriot Lighting Track Light*



*Figure 1B - 4 Patriot Lighting Wall Pack Light*

49. ***1(c): an LED Chip disposed on the first lead frame and electrically connected to the first lead frame and the second lead frame; and;—*** The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise an "LED Chip disposed on the first lead frame and electrically connected to the first lead frame and the second lead frame," as seen in Figure 1B - 5 to Figure 1B - 12:



*Figure 1B - 5 Patriot Lighting Cabinet Light (1)*



*Figure 1B - 6 Patriot Lighting Cabinet Light (2)*



*Figure 1B - 7 Patriot Lighting Area Light (1)*



*Figure 1B - 8 Patriot Lighting Area Light (2)*

14



*Figure 1B – 9 Patriot Lighting Track Light (1)*



*Figure 1B - 10 Patriot Lighting Track Light (2)*



*Figure 1B - 11 Patriot Lighting Wall Pack Light (1)*



*Figure 1B - 12 Patriot Lighting Wall Pack Light (2)*

50.     *1(d): a wire connecting the LED chip to the second lead frame;*— The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise an "a wire connection the LED chip to the second lead frame," as seen in Figure 1B - 13 to Figure 1B - 16 :



*Figure 1B - 13 Patriot Lighting Cabinet Light*



*Figure 1B - 14 Patriot Lighting Area Light*



*Figure 1B - 15 Patriot Lighting Track Light*



*Figure 1B - 16 Patriot Lighting Wall Pack Light*

51.     ***1(e): wherein opposing sides of the first lead frame and the second lead frame face each other in a slanted state to the other sides of the lead frame.*** — The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise opposing sides of the first and second lead frames that "face each other in a slanted state to the other sides of the lead frame" as seen in Figure 1B - 17 to Figure 1B - 24:



*Figure 1B - 17 Patriot Lighting Cabinet Light (1)*



*Figure 1B - 18 Patriot Lighting Cabinet Light (2)*



*Figure 1B - 19 Patriot Lighting Area Light (1)*



*Figure 1B - 20 Patriot Lighting Area Light (2)*



*Figure 1B - 21 Patriot Lighting Track Light (1)*



*Figure 1B – 22 Patriot Lighting Track Light (2)*



*Figure 1B - 23 Patriot Lighting Wall Pack Light (1)*



*Figure 1B - 24 Patriot Lighting Wall Pack Light (2)*

52.     Claim 2: **The LED package of claim 1, wherein both of the opposing sides have a linear or curved shape.** As one non-limiting example, as seen in Figure 1B - 25 and Figure 1B - 26, both the opposing sides in the Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light have a curved shape:



*Figure 1B - 25 Patriot Lighting Area Light (1)*



*Figure 1B - 26 Patriot Lighting Area Light (2)*

53.     Claim 8: **The LED package of claim 1, further comprising a resin covering at least a portion of the surface of the first lead frame, the second lead frame, and the LED chip**. As one non-limiting example, as seen in Figure 1B - 27, the LED package in the Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light comprises a resin covering a surface of the first lead frame, the second lead frame and the LED chip:



*Figure 1B – 27 Patriot Lighting Area Light*

54.     Defendant's infringement of the '196 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

55.     Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '196 Patent.

56.     Plaintiff is entitled to recover from Defendant all damages that Plaintiff has sustained as a result of Defendant's infringement of the '196 Patent, including, without limitation, a reasonable royalty.

## <u>COUNT II: INFRINGEMENT OF U.S. PATENT NO. 9,530,942</u>

57.     Plaintiff incorporates by reference and re-alleges paragraphs 1-56 of the Complaint as if fully set forth herein.

58.     Defendant has infringed and is infringing, either literally or under the doctrine of equivalents, the '942 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license products, including but not limited to the Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light among other substantially similar products (collectively, the "'942 Accused Products").

59.     By way of non-limiting example(s), set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 and claim 3 of the '942 Patent. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '942 Accused Products that it obtains during discovery.

60.     ***1(a): A light emitting diode (LED) package, comprising;***— The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light, as seen in Figure 2A - 1 to Figure 2A - 8, each comprise a "light emitting diode (LED) package," as recited in claim 1:



*Figure 2A - 1 - LED Product - Patriot Lighting Cabinet Light*



*Figure 2A - 2 - LED Product - Patriot Lighting Cabinet Light*



*Figure 2A - 3 - LED Product – Patriot Lighting Area Light*



*Figure 2A - 4 - LED Product – Patriot Lighting Area Light*



*Figure 2A - 5 - LED Product – Patriot Lighting Track Light*



*Figure 2A - 6 - LED Product – Patriot Lighting Track Light*



*Figure 2A - 7 - LED Product – Patriot Lighting Wall Pack Light*



*Figure 2A - 8 - LED Product – Patriot Lighting Wall Pack Light*

61.     ***1(b): a first lead frame and a second lead frame separated from each other;***—

The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED

Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track

Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each

comprise a "first lead frame and second lead frame separated from each other," as seen in Figure

2B - 1 to Figure 2B - 4, where the first and second lead frames are annotated in yellow:



*Figure 2B - 1 Patriot Lighting Cabinet Light*



*Figure 2B - 2 Patriot Lighting Area Light*



*Figure 2B - 3 Patriot Lighting Track Light*



*Figure 2B - 4 Patriot Lighting Wall Pack Light*

62.    ***1(c): an LED Chip disposed on the first lead frame and electrically connected with the second lead frame; and;—*** The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise an "LED Chip disposed on the first lead frame and electrically connected with the second lead frame," as seen in Figure 2B - 5 to Figure 2B - 8:



*Figure 2B - 5 Patriot Lighting Cabinet Light*



*Figure 2B - 6 Patriot Lighting Area Light*



*Figure 2B – 7 Patriot Lighting Track Light*



*Figure 2B - 8 Patriot Lighting Wall Pack Light*

63.    ***1(d): a resin covering at least portions of surfaces of the first and second lead frames, wherein;—*** The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise an "a resin covering at least portions of surfaces of the first and second lead frames," as seen in Figure 2B - 9 to Figure 2B - 12:



*Figure 2B - 9 Patriot Lighting Cabinet Light*



*Figure 2B – 10 Patriot Lighting Area Light*



*Figure 2B - 11 Patriot Lighting Track Light*



*Figure 2B - 12 Patriot Lighting Wall Pack Light*

64.     ***1(e): at least one of the first and second lead frames comprises a first edge facing the other lead frame and a second side opposite the first side;—*** At least one of the first and second lead frames in the Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light comprise "a first edge facing the other lead frame and second side opposite the first side" as seen in Figure 2B - 13 to Figure 2B - 20:



*Figure 2B - 13 Patriot Lighting Cabinet Light (1)*



*Figure 2B - 14 Patriot Lighting Cabinet Light (2)*



*Figure 2B - 15 Patriot Lighting Area Light (1)*



*Figure 2B - 16 Patriot Lighting Area Light (2)*



*Figure 2B - 17 Patriot Lighting Track Light (1)*



*Figure 2B - 18 Patriot Lighting Track Light (2)*



*Figure 2B - 19 Patriot Lighting Wall Pack Light (1)*



*Figure 2B - 20 Patriot Lighting Wall Pack Light (2)*

65.     ***1(f): the first lead frame comprising a first groove disposed on a lower surface thereof, and the second lead frame comprises a second groove disposed on the lower surface thereof;***—The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise a first lead frame with "a first groove disposed on a lower surface thereof," and second lead frame with "a second groove disposed on a lower surface thereof;" as seen in Figure 2B - 21 to Figure 2B - 24:



*Figure 2B - 21 Patriot Lighting Cabinet Light*



*Figure 2B - 22 Patriot Lighting Area Light*



*Figure 2B - 23 Patriot Lighting Track Light*



*Figure 2B - 24 Patriot Lighting Wall Pack Light*

66.    ***1(g): each of the first and second grooves is open only on the lower surfaces of the first and second lead frames, respectively; and;***—The Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each comprise first and second grooves that are "open only on the lower surfaces of the first and second lead frames, respectively;" as seen in Figure 2B - 25 to Figure 2B - 28:



*Figure 2B - 25 Patriot Lighting Cabinet Light*



*Figure 2B - 26 Patriot Lighting Area Light*



*Figure 2B - 27 Patriot Lighting Track Light*



*Figure 2B - 28 Patriot Lighting Wall Pack Light*

67.     ***1(h): a depth of the first groove is equal to a depth of the second groove.***—The

Patriot Lighting Direct Wire Integrated LED Under Cabinet Strip Light, Patriot Lighting LED

Solar Motion Sensor Outdoor Security Area Light, Patriot Lighting Collis Integrated LED Track

Head, and Patriot Lighting Bronze LED Dusk-to-Dawn Outdoor Security Wall Pack Light each

contain a first and second groove with equal depths, as seen in Figure 2B - 29 to Figure 2B - 32:



*Figure 2B - Patriot Lighting Cabinet Light*



*Figure 2B - 30 Patriot Lighting Area Light*



*Figure 2B - 31 Patriot Lighting Track Light*



*Figure 2B - 32 Patriot Lighting Wall Pack Light*

68.     Claim 3: The LED package of claim 1, wherein at least a portion of the lower surface of at least one of the first and second lead frames is not covered by the resin. As one non-limiting example, as seen in Figure 2B - 33, the LED package in the Patriot Lighting LED Solar Motion Sensor Outdoor Security Area Light has a portion of the lower surface of the first and second lead frames not covered by the resin:



*Figure 2B - 33 Patriot Lighting Area Light*

69.     Defendant's infringement of the '942 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

70.     Plaintiff is in compliance with any applicable marking and/or notice provisions of

35 U.S.C. § 287 with respect to the '942 Patent.

71.     Plaintiff is entitled to recover from Defendant all damages that Plaintiff has sustained as a result of Defendant's infringement of the '942 Patent, including, without limitation, a reasonable royalty.

## COUNT III: INFRINGEMENT OF U.S. PATENT NO. 8,309,971

72.     Plaintiff incorporates by reference and re-alleges 1-71 of the Complaint as if fully set forth herein.

73.     Defendant has infringed and is infringing, either literally or under the doctrine of equivalents, the '971 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license, products, including but not limited to the Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light among other substantially similar products (collectively, the "'971 Accused Products").

74.     As non-limiting examples, set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 of the '971 Patent. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '971 Accused Products that it obtains during discovery.

75.     ***1(a): A light emitting diode, comprising a substrate;***—The Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light contains light emitting diodes, as seen in Figure 3A - 1 and Figure 3A - 2 comprising a substate.

 

*Figure 3A - 1 - LED Chip – Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light*

*Figure 3A - 2 - LED Chip – Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light*

76.     ***1(b): a first conductive type semiconductor layer arranged on the substrate;*** —
The below SEM images of an individual light emitting diode from the above '971 Accused

Products, as seen in Figure 3B – 1 and Figure 3B - 2, are annotated to illustrate the first conductive

type semiconductor layer arranged on the substrate:



*Figure 3B - 1 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light (1)*



*Figure 3B - 2 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light (2)*

77.     **1(c): a second conductive type semiconductor layer arranged on the first conductive type semiconductor layer;**—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B – 3, are annotated to illustrate the second conductive type semiconductor layer arranged on the conductive type semiconductor layer.



*Figure 3B – 3 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light*

78.     **1(d): an active layer disposed between the first conductive type semiconductor layer and the second conductive type semiconductor layer;**—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 4, are annotated to illustrate the active layer between the two conductive type semiconductor layers.

43



*Figure 3B - 4 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light*

79. ***1(e): a first electrode pad electrically connected to the first conductive type semiconductor layer;***—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 5 and Figure 3B - 6 are annotated to illustrate the first electrode pad electrically connected to the first conductive type semiconductor layer.



*Figure 3B -5 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light (1)*



*Figure 3B - 6 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light (2)*

80.      ***1(f): a second electrode pad arranged on the second conductive type semiconductor layer;***—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 7, are annotated to illustrate the second electrode pad arranged on the second conductive type semiconductor layer.



*Figure 3B - 7 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light*

45

81.     ***1(g): an insulation layer disposed between the second conductive type semiconductor layer and the second electrode pad;***—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 8, are annotated to illustrate the insulation layer between the second conductive type semiconductor layer and the second electrode pad.



*Figure 3B - 8 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light*

82. ***1(h): and at least one upper extension electrically connected to the second electrode pad, the at least one upper extension being electrically connected to the second conductive type semiconductor layer.***—The below images of an individual light emitting diode from the above '971 Accused Products, as seen in Figure 3B - 9 and Figure 3B - 10, are annotated to illustrate the upper extension electrically connected to the second electrode pad and second conductive type semiconductor layer.



*Figure 3B - 9 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light (1)*



*Figure 3B - 10 Patriot Lighting Dusk-to-Dawn Outdoor Security Area Light (2)*

83. Defendant's infringement of the '971 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

84. Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '971 Patent.

85. Plaintiff is entitled to recover from Defendant all damages that Plaintiff has sustained as a result of Defendant's infringement of the '971 Patent, including, without limitation, a reasonable royalty.

**COUNT IV: INFRINGEMENT OF U.S. PATENT NO. 7,128,454**

86. Plaintiff incorporates by reference and re-alleges 1-85 of the Complaint as if fully set forth herein.

87. Defendant has infringed and is infringing, either literally or under the doctrine of equivalents, the '454 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license, products, including but not limited to the Patriot Lighting Recessed Light among other substantially similar products (collectively, the "'454 Accused Products").

88. As non-limiting examples, set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 and claim 15 of the '454 Patent. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '454 Accused Products that it obtains during discovery.

89.     *1(a): A Light Emitting Diode (LED) module comprising:*—The Patriot Lighting

Recessed Light is light emitting diode module, as seen in Figure 4A - 1 and Figure 4A - 2:



*Figure 4A - 1 – Product – Patriot Lighting Recessed Light*



*Figure 4A - 2 - LED – Patriot Lighting Recessed Light*

90.     *1(b): a lighting unit including an LED chip;*—The lighting unit of the Patriot

Lighting Recessed Light includes an LED Chip as illustrated in Figure 4B - 3.



*Figure 4B - 3 Patriot Lighting Recessed Light*

91.     ***1(c): a module body supporting the lighting unit at a leading end and extending from the leading end to a rear end for a predetermined length, the leading end being structured to guide light from the lighting unit in an upward direction, the module body being made of a high thermal conductivity material and having a through hole extending through the length of the modular body;***—The lighting unit of the Patriot Lighting Recessed Light includes an modular body, which supports it the lighting unit at a leading end and extends from the leading end to a rear end for a predetermined length. The leading end is structured to guide light from the lighting unit in an upward direction. The module body is made of a high thermal conductivity material and has a through hole extending through the length of the modular body as illustrated by Figure 4B - 4 to Figure 4B - 6.



*Figure 4B - 4 Patriot Lighting Recessed Light (1)*



*Figure 4B – 5 Patriot Lighting Recessed Light (2)*



*Figure 4B - 6 Patriot Lighting Recessed Light (3)*

92. ***1(d): a connector sealingly coupled to the rear end of the module body, the connector having a conductor inserted into and extending through the through hole in the module body for supplying external voltage to the lighting unit; and—*** The module body of the Patriot Lighting Recessed Light comprises a connector coupled to the rear end. The connector has a conductor inserted into and extending through the through hole in the module body for supplying external voltage to the lighting unit as illustrated by Figure 4B - 7 to Figure 4B - 9.



*Figure 4B - 7 Patriot Lighting Recessed Light (1)*



*Figure 4B - 8 Patriot Lighting Recessed Light (2)*



*Figure 4B - 9 Patriot Lighting Recessed Light (3)*

93.     *1(e): a transparent member coupled with the leading end of the module body to seal and protect the lighting unit and a portion of the conductor exposed from the leading end of the module body from an external environment.*— The below images of the Patriot Lighting Recessed Light, as seen in Figure 4B - 10, is annotated to illustrate the transparent member couple with the leading end of the module body to seal and protect the lighting unit and a portion of the conductor.



*Figure 4B – 10 Patriot Lighting Recessed Light*

94.     Claim 15: **The LED module according to claim 1, wherein the transparent member is configured as a lens.** As one non-limiting example, as seen in Figure 4B - 11, the transparent member in the Patriot Lighting Recessed Light is configured as a lens:



*Figure 4B - 11 Patriot Lighting Recessed Light*

95.    Defendant's infringement of the '454 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

96.    Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '454 Patent.

97.    Plaintiff is entitled to recover from Defendant all damages that Plaintiff has sustained as a result of Defendant's infringement of the '454 Patent, including, without limitation, a reasonable royalty.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A.  That Judgment be entered that Defendant has infringed at least one or more claims of the Patents-in-Suit, directly and/or indirectly, literally and/or under the doctrine of equivalents;

B.  An award of damages sufficient to compensate Plaintiff for Defendant's infringement under 35 U.S.C. § 284;

C.  That the case be found exceptional under 35 U.S.C. § 285 and that Plaintiff be awarded its

   reasonable attorneys' fees;

D.  Costs and expenses in this action;

E.  An award of prejudgment and post-judgment interest; and

F.  Such other and further relief as the Court may deem just and proper.


                                    Respectfully submitted,

                                    */s/ David Bennett*
                                    David R. Bennett
                                    Illinois Bar No. 6244214
                                    DIRECTION IP LAW
                                    P.O. Box 14184
                                    Chicago, IL 60614-0184
                                    (312) 291-1667
                                    dbennett@directionip.com

                                    *An Attorney for Plaintiff*
                                    *SemiLED Innovations LLC*

Of Counsel:

Cecil E. Key
Email: cecil@keyiplaw.com
Jay P. Kesan (Pro Hac Vice Application To Be Filed)
Email: jay@keyiplaw.com
John K. Harrop (Pro Hac Vice Application To Be Filed)
Email: harrop@keyiplaw.com
KEY IP LAW GROUP, PLLC
1934 Old Gallows Road, Suite 350
Vienna, Virginia 22182
Phone: 703-752-6276
Fax:    703-752-6201